FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

ERIN J.,[1]

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 1:25-CV-00271-SAB

**ORDER GRANTING MOTION FOR STIPULATED REMAND**

Before the Court is the parties' Motion for a Stipulated Remand, ECF No. 16. Plaintiff is represented by Kristen E. Cusick. The Commissioner is represented by David Burdett and Joseph Derrig.

The parties stipulate and agree that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a new hearing before an Administrative Law Judge (ALJ).

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion for a Stipulated Remand, ECF No. 16, is **GRANTED**.

[1] Pursuant to the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States, Plaintiff's name is partially redacted.

2. The decision of the Commissioner is reversed and remanded. On remand, the Appeals Council will direct the Administrative Law Judge (ALJ) to consider the evidence submitted by the claimant with the request for review; reevaluate the opinion evidence; reevaluate the claimant's residual functional, take any further action needed to complete the administrative record, and issue a new decision.

3. The parties agree that Plaintiff may be entitled to reasonable attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against the Commissioner.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel and **close** the file.

**DATED** this 23rd day of September 2026.

Stan Bastian
Chief United States District Judge