AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ERIN J.,
*Plaintiff*
v.

COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

Civil Action No. 1:25-CV-00271-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

☑ other: The parties' Motion for a Stipulated Remand, ECF No. 16, is GRANTED.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ________ presiding, and the jury has rendered a verdict.

❒ tried by Judge ________ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian

Date: September 23rd, 2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*